Lee & Simmons, Inc., Appellee, v. The Steam
Tug SOCONY NO. 8, Her Engines, etc.,
Standard Transportation Company, Appellant.

No. 250.

Circuit Court of Appeals, Second Circuit.

July 21, 1930.

Macklin, Brown, Lenahan & Speer, of New York City (J. Dudley Eggleston, of New York City, of counsel), for appellant.

Frederick W. Park, of New York City, for appellee.

Before L. HAND, SWAN, and MACK, Circuit Judges.

PER CURIAM.

This case involves only questions of fact. The District Judge saw the three witnesses who testified, and his conclusion must have been largely influenced by their appearance, as there is nothing determinative in the printed record. We can therefore see no reason

for disturbing his decision. It is as probable that the Socony No. 8 was on the wrong side of the river as that she was seeking a haven. The proof of any fault on the part of the Olympia is certainly open to doubt.

Decree affirmed.